UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:22-CR-00064(4)-ADA |
| | § | |
| (4) GEORGE DELMAR GORDON | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On January 21, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (4) GEORGE DELMAR GORDON, which alleged that Gordon violated a condition of his supervised release and recommended that Gordon 's supervised release be revoked (Clerk's Document No. 733). A warrant issued and Gordon was arrested. On February 5, 2025, Gordon appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Gordon appeared before the magistrate judge on February 25, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on February 26, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Gordon, the magistrate judge recommends that this court revoke Gordon supervised release and that Gordon be sentenced to imprisonment for FOUR (4)months, with a term of TWENTY FOUR (24) months of supervised release to follow the term of imprisonment. The defendant should receive credit for time served since his arrest. Upon release from custody, the defendant shall participate in in-patient drug treatment for a term of 45 days at the Cenikor Foundation located in Waco, Texas. While in the program, the defendant shall obey all rules of the facility and participate fully in the approved programming. (Clerk's Document No. 765).

    A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc)*. The parties in this cause were properly notified of the consequences of a failure to file objections.

    On February 25, 2025, following the hearing on the motion to revoke supervised

release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 763). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 765 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (4) GEORGE DELMAR GORDON's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (4) GEORGE DELMAR GORDON be imprisoned for FOUR (4) months with a term of supervised release of TWENTY FOUR (24) months to follow the term of imprisonment. The defendant shall receive credit for time served since his arrest. Upon release from custody, the defendant shall participate in in-patient drug treatment for a term of 45 days at the Cenikor Foundation located in Waco, Texas. While in the program, the defendant shall obey all rules of the facility and participate fully in the approved programming. All prior conditions of supervised release are reimposed.

Signed this 3rd day of March, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE